**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6535**

_____

WILLIE JOE STURKEY, a/k/a Willie Sturkey, a/k/a Willie J.
Sturkey,

              Plaintiff – Appellant,

     v.

JON OZMINT, Director SCDC; MICHAEL MATTHEW, SCDC Division of
Records; MS. WATTA, Paymaster; WARDEN BAZZLE, Perry
Correctional Institution, in their individual capacity; MRS.
F OGUNSILE, a/k/a Felicia Ogunsile, Case Manager, Perry
Correctional Institution; MRS. NFN ROOF, Financial
Accountant,

              Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Margaret B. Seymour, District
Judge.   (8:07-cv-01502-MBS)

_____

Submitted:  February 9, 2010          Decided:  March 1, 2010

_____

Before MOTZ, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Joe Sturkey, Appellant Pro Se.   Nathaniel Heyward
Clarkson, III, Amy Miller Snyder, CLARKSON WALSH TERRELL &
COULTER, PA, Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Joe Sturkey appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Sturkey v. Ozmint</u>, No. 8:07-cv-01502-MBS (D.S.C. Mar. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>